IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
AUG - 7 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**BENJAMIN WILLIAMS,**

    Petitioner,

v.                                Civil Action No. **3:07CV362**

**COMMONWEALTH OF VIRGINIA,**

    Respondent.

### MEMORANDUM OPINION

By Memorandum Order entered on July 3, 2007, the Court conditionally filed Petitioner's 28 U.S.C. § 2254 petition. On July 10, 2007, the July 3, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked: "RETURN TO SENDER"; "ATTEMPTED - NOT KNOWN"; and, "UNABLE TO FORWARD." Petitioner's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

/s/
Richard L. Williams
United States District Judge

Date: AUG 0 7 2007
Richmond, Virginia